IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, et al., *ex rel* MARC ANDREOZZI,<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY & COMPANY,<br><br>    Defendant.<br>_____ / | No. C 09-01921 JSW<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR RELATOR; VACATING HEARING; AND SETTING CASE MANAGEMENT CONFERENCE** |

    The Court has read and considered Packard, Packard & Johnson's Motion to Withdraw as Counsel for Relator Marc Andreozzi. The time for filing an opposition to the motion has passed, and none of the parties has opposed the motion. The Court also has considered the supplemental declaration filed by Lon D. Packard. This matter is suitable for disposition without oral argument, and the Court VACATES the hearing set for December 9, 2011.

    For good cause shown, the Court GRANTS the motion. IT IS HEREBY ORDERED that PPJ is relieved as counsel of record. IT IS FURTHER ORDERED THAT newly retained counsel for Relator Marc Andreozzi shall file a notice of appearance and shall serve Defendant Eli Lilly with the Complaint in this action, no later than 100 days from the date of this Order. If the Court has not received a notice of appearance by that time, it shall issue an Order to Show Cause directing Relator to show cause as to why this case should not be dismissed for failure to prosecute.

It is FURTHER ORDERED that an initial case management conference shall be held on Friday, April 27, 2012 at 1:30 p.m. The parties' joint case management conference statement shall be due on April 20, 2012.

It is FURTHER ORDERED that Packard, Packard & Johnson shall serve a copy of this Order on Relator, and it shall not be removed from this Court's docket until newly retained counsel has filed a notice of appearance.

**IT IS SO ORDERED.**

Dated: December 5, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE