| | |
|---|---|
| 1 | TONY WEST |
| | Assistant Attorney General |
| 2 | |
| | MELINDA HAAG (CA Bar No. 132612) |
| 3 | United States Attorney |
| | JOANN M. SWANSON (CA Bar No. 88143) |
| 4 | Chief, Civil Division |
| | SARA WINSLOW (DC Bar No. 457643) |
| 5 | GIOCONDA R. MOLINARI (CA Bar No. 177726) |
| | Assistant United States Attorneys |
| 6 |    450 Golden Gate Avenue, Box 36055 |
| |    San Francisco, California 94102 |
| 7 |    Telephone: (415) 436-6925 (Winslow) |
| |                (415) 436-7220 (Molinari) |
| 8 |    Facsimile: (415) 436-6748 |
| |    sara.winslow@usdoj.gov |
| 9 | |
| | JOYCE R. BRANDA |
| 10 | Director, Commercial Litigation Branch |
| | PATRICIA R. DAVIS |
| 11 | PATRICIA L. HANOWER |
| | Attorneys |
| 12 | Civil Division |
| | United States Department of Justice |
| 13 |    P.O. Box 261 |
| |    Ben Franklin Station |
| 14 |    Washington, D.C. 20044 |
| |    Telephone: (202) 514-4397 |
| 15 | |
| | Attorneys for the United States of America |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANDREOZZI, *et al.* | Case No. C 09-1921 JSW |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

      The United States of America, by and through its undersigned counsel, and Marc Andreozzi, as Relator and acting pro se, hereby stipulate to the dismissal of the instant qui tam

STIPULATION & [PROPOSED] ORDER, No. C 09-1921 JSW

action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

1. On December 8, 2011, after his former counsel withdrew, Relator Marc Andreozzi contacted the undersigned attorneys for the United States, and stated that he wished to dismiss this case without prejudice. Relator has not obtained substitute counsel in this matter.

2. Relator hereby requests this Court to order dismissal of the above-captioned action without prejudice to the action being renewed, either by the Relator, the United States, or any of the named plaintiff states at a later date.[1]

3. Pursuant to 31 U.S.C. § 3730(b)(1), the Attorney General of the United States of America, by and through the undersigned, consents to the foregoing dismissal so long as it is without prejudice to the United States. Likewise, the following states and the District of Columbia, each of whom was named as a plaintiff in this action, consent to the foregoing dismissal: California, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Wisconsin. The dismissal is in the best interests of the United States and the plaintiff states.

4. The qui tam complaint has not been served on the defendant. Therefore, no answer has been served or filed, and no other parties have appeared in this action.

IT IS SO STIPULATED.

Respectfully submitted,

TONY WEST
Assistant Attorney General

MELINDA HAAG
United States Attorney

---

[1] In addition to alleging FCA violations on behalf of the United States, Andreozzi alleged violations of state statutes on behalf of California, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Wisconsin, and the District of Columbia.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: ~~December~~ January 11, 2012 ~~, 2011~~ | By: _/s/ Sara W._ |
| 3 | | SARA WINSLOW |
| | | GIOCONDA R. MOLINARI |
| 4 | | Assistant United States Attorney |
| | | Attorneys for the United States of America |

Dated: December 28, 2011         By: _/s/ Marc Andreozzi_
                                      MARC ANDREOZZI
                                      Relator (Acting *Pro Se*)

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed without prejudice to either the relator, the United States of America or the plaintiff states. **The United States shall serve this Order on all interested parties.**

IT IS SO ORDERED.

Dated:   January 30, 2012            _/s/ Jeffrey S. White_
                                      HONORABLE JEFFREY S. WHITE
                                      United States District Judge

STIPULATION & ~~[PROPOSED]~~ ORDER, No. C 09-1921 JSW  -3-