TONY WEST
Assistant Attorney General

MELINDA HAAG (CA Bar No. 132612)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
GIOCONDA R. MOLINARI (CA Bar No. 177726)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
                (415) 436-7220 (Molinari)
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov

JOYCE R. BRANDA
Director, Commercial Litigation Branch
PATRICIA R. DAVIS
PATRICIA L. HANOWER
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4397

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANDREOZZI, *et al.* ) ) | Case No. C 09-1921 JSW |
| Plaintiff, ) ) | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER** |
| v. ) ) | |
| ELI LILLY AND COMPANY, ) ) | |
| Defendant. ) ) | |

        The United States of America, by and through its undersigned counsel, and Marc

Andreozzi, as Relator and acting pro se, hereby stipulate to the dismissal of the instant qui tam

1    action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

2        1. On December 8, 2011, after his former counsel withdrew, Relator Marc Andreozzi

3    contacted the undersigned attorneys for the United States, and stated that he wished to dismiss

4    this case without prejudice. Relator has not obtained substitute counsel in this matter.

5        2. Relator hereby requests this Court to order dismissal of the above-captioned action

6    without prejudice to the action being renewed, either by the Relator, the United States, or any

7    of the named plaintiff states at a later date.[1]

8        3. Pursuant to 31 U.S.C. § 3730(b)(1), the Attorney General of the United States of

9    America, by and through the undersigned, consents to the foregoing dismissal so long as it is

10   without prejudice to the United States. Likewise, the following states and the District of

11   Columbia, each of whom was named as a plaintiff in this action, consent to the foregoing

12   dismissal: California, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana,

13   Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New

14   Hampshire, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Texas, Virginia,

15   Wisconsin. The dismissal is in the best interests of the United States and the plaintiff states.

16       4. The qui tam complaint has not been served on the defendant. Therefore, no answer has

17   been served or filed, and no other parties have appeared in this action.

18                                    IT IS SO STIPULATED.

19                                    Respectfully submitted,

20                                    TONY WEST
                                      Assistant Attorney General

21

22                                    MELINDA HAAG
                                      United States Attorney

23

24

25   ───────────────────

26       [1] In addition to alleging FCA violations on behalf of the United States, Andreozzi alleged
     violations of state statutes on behalf of California, Delaware, Florida, Georgia, Hawaii, Illinois,
27   Indiana, Louisiana, Massachusetts, Michigan, Montana, Nevada, New Hampshire, New Jersey,
     New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Wisconsin, and
28   the District of Columbia.

1

2  Dated: ~~December~~ ____, ~~2011~~    By: _____
   January 11, 2012                      SARA WINSLOW
3                                         GIOCONDA R. MOLINARI
                                          Assistant United States Attorney
4                                         Attorneys for the United States of America

5

6  Dated: December 28 2011              By: _____
7                                         MARC ANDREOZZI
                                          Relator (Acting *Pro Se*)
8

9

10                        ~~[PROPOSED]~~ ORDER

11

12

13      Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED that this

14  action is dismissed without prejudice to either the relator, the United States of America or the

    plaintiff states.  **The United States shall serve this Order on all interested**
15                              **parties.**

16      IT IS SO ORDERED.
17

18  Dated:    January 30, 2012          _____
19                                       HONORABLE JEFFREY S. WHITE
                                         United States District Judge
20

21

22

23

24

25

26

27

28